| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Revolution Neuromonitoring, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-3421017** |
| **4.** | **Debtor's address** | **Principal place of business**  **6437 SOUTHPOINT DR**  **Dallas, TX 75248**  Number, Street, City, State & ZIP Code   **Collin**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Revolution Neuromonitoring, LLC**     Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Revolution Monitoring, LLC**     Relationship **affiliate**
District **Eastern Distrcit of Texas**     When **9/27/18**     Case number, if known **18-42152**

| Debtor | **Revolution Neuromonitoring, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Revolution Neuromonitoring, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 5, 2018**
MM / DD / YYYY

X **/s/ JEREMIAH TITUS VANCE**
Signature of authorized representative of debtor

**JEREMIAH TITUS VANCE**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**
Signature of attorney for debtor

Date **October 5, 2018**
MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12270 Coit Road
Suite 100
Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**    Email address **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Revolution Neuromonitoring, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Argos<br>c/o Douglas Bynum<br>Darrell W. Cook & Associates<br>6688 North Central Expressway, Suite 100<br>Dallas, TX 75206 | | | Contingent | | | $80,500.56 |
| Chase Ink Card<br>P.O. Box 15153<br>Wilmington, DE 19886 | | | | | | $60,452.83 |
| Integrity Billing Holdings | | | Contingent | | | $295,032.45 |
| Integrity Medical Management<br>NO Address | | | Contingent | | | $144,880.00 |
| Jason Fanselau<br>NO Address | | | Contingent | | | $78,031.00 |
| JTVanceCNIM<br>6437 Southpoint Dr<br>Dallas, Tx 75249 | | | Contingent | | | $377,633.28 |
| Julia Griffin<br>5606 Goodwin Ave<br>Dallas, TX 75206 | | | Contingent<br>Unliquidated<br>Disputed | | | $700,000.00 |
| MBCIOM - Current Diagnostic<br>1203 Morrow Lane<br>Allen, Tx 75002 | | | Contingent | | | $27,860.85 |
| Mitchell<br>Thomas Mitchel<br>Plano, Tx 75074 | | | Contingent | | | $18,300.00 |

Debtor **Revolution Neuromonitoring, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Munck Wilson Mandala<br>Marcie<br>12770 Coit Road Dallas<br>Dallas, Tx 75251 | | | Contingent | | | $82,745.05 |
| Myles<br>PO Box 551<br>Colleybille, Tx 76034 | | | Contingent | | | $8,098.67 |
| O'Neil Wysocki<br>5223 Spring Vally Raod<br>Suite 150<br>Dallas, TX 75254 | | | Contingent | | | $26,071.21 |
| Pantera<br>Richard Pantera<br>Visalia, Ca 93291 | | | Contingent | | | $46,750.00 |
| RTNA<br>c/o Debbie Crafton<br>6688 North Central Expressway, Suite 100<br>Dallas, TX 75206 | | | Contingent | | | $68,705.00 |
| Schwabe<br>Fred Smith<br>1211 SW Fifth Avenue Ste 1900<br>Portland, OR 97204-3795 | | | Contingent | | | $229,129.10 |
| Texas Legal Escrow<br>c/o Bill Camp<br>8445 Freeport Parkway, Suite 150<br>Irving, TX 75063 | | | Contingent<br>Unliquidated<br>Disputed | | | $1,000,000.00 |
| USMON<br>PO Box 9201<br>Minneapolis, MN 55480 | | | Contingent | | | $10,178.16 |
| West<br>320 South R L Thornton Freeway Ste 300<br>Dallas, Tx 75203 | | | Contingent | | | $29,000.00 |
| Wolinsky<br>Joel Wolinsky<br>Ste A Sugarland Tx 77478 | | | Contingent | | | $28,000.00 |

Debtor **Revolution Neuromonitoring, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **World Global Cap/Cardinal Funding MCA Remata Bukhman 17 State Street Suite 400 New York, NY 10004** | | | **Contingent** | | | **$202,705.00** |

# United States Bankruptcy Court
### Eastern District of Texas

In re  **Revolution Neuromonitoring, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Revolution Monitoring, LLC** **6437 Southpoint** **Dallas, TX 75248** | | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 5, 2018**

Signature **/s/ JEREMIAH TITUS VANCE**

**JEREMIAH TITUS VANCE**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Revised 12/1/2009 　　　　　　　　　　　　　　　　　　　　　　　　　　　　LBR Appendix 1007-b-6

# United States Bankruptcy Court
### Eastern District of Texas

In re  **Revolution Neuromonitoring, LLC** 　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 5, 2018**　　　　　　　**/s/ JEREMIAH TITUS VANCE**
　　　　　　　　　　　　　　　　　　　　**JEREMIAH TITUS VANCE**/**President**
　　　　　　　　　　　　　　　　　　　　Signer/Title

Acosta
Jay Acosta
7511 Crown Oaks Dr.
Baton Rouge, LA 70806

Argos
c/o Douglas Bynum
Darrell W. Cook & Associates
6688 North Central Expressway, Suite 100
Dallas, TX 75206

Bank Direct/ Finance Commitment
two Conway Park
150 North Field Dr.  Ste 190
Lake Forest, IL 60045

Brady Wyatt Global Deposition Services
4950 N. O'connor Rd Ste 152
Irving, Tx 75062

Cadwell
Cadwell James Bryant
NO Address

CAN Financial
23453 Network Place
Chicago, IL 60673-1234

Cardinal Funding
30 Broad Street, 14th Floor, Suite 14108
New York, NY 10004

CareNow
645 E. State Highway 121 Ste 600
Coppell, Tx 75019

Center for Neurological Disorders
1000 Houston St #200
Fort Worth, Tx 76102

Chase Ink Card
P.O. Box 15153
Wilmington, DE 19886

Concentra
NO Address

EDD - California PR Tax
NO Address

Hartford Workcomp
PO Box 660916
Dallas, TX 75266-0916

Health
PO Box 731428
Dallas, Tx 75373-1428

Hersh Law Firm
3626 N. Hall St. Ste 800
Dallas, Tx 75219

High
William High
Beaumont, Tx 77701

HireRight
PO Box 9005
Addison, Tx 75001-9005

Hotspots
P.O. BOx 742596
Cincinnati, OH 45274

Husch Blackwell
PO Box 790379
Saint Louis 63179

Hyson
Morton Hyson
Las Vegas, NV 89106

Integrity Billing Holdings

Integrity Medical Management
NO Address

Jason Fanselau
NO Address

John McHalffey
6350 Desert Willow Dr
El Paso, TX 79938

JTVanceCNIM
6437 Southpoint Dr
Dallas, Tx 75249

Julia Griffin
5606 Goodwin Ave
Dallas, TX 75206

MBCIOM - Current Diagnostic
1203 Morrow Lane
Allen, Tx 75002

Mitchell
Thomas Mitchel
Plano, Tx 75074

Munck Wilson Mandala
Marcie
12770 Coit Road Dallas
Dallas, Tx 75251

Myles
PO Box 551
Colleybille, Tx 76034

Natus
NO Address

NaviCure
NaviCure 770-342-0200 2055 Sugarloaf Cir
Ste 600
Duluth, Ga 30097-4363

O'Neil Wysocki
5223 Spring Vally Raod
Suite 150
Dallas, TX 75254

Pantera
Richard Pantera
Visalia, Ca 93291

Park City
555 Republic Dr. Ste
Plano, Tx 07507-4844

PathAdvantage
PO Box 224138
Dallas, Tx 75222-4138

Revolution Monitoring, LLC


Rhythmlink
Misan Blair
PO Box 2045
Columbia, Sc 29202

RTNA
c/o Debbie Crafton
6688 North Central Expressway, Suite 100
Dallas, TX 75206

Sageland
Rebecca Valdovinos
1350 N. Grant St
Kennewick, Wa 99336

Schwabe
Fred Smith
1211 SW Fifth Avenue  Ste 1900
Portland, OR 97204-3795

Seirra Radiation
PO Box 301568
Escondido, Ca 92030-1568

St of NV Mod Business Tx
St. of NV Department of Tx 775-684-2000
1550 college Parkway Ste 115
Carson City, NV 89706-7937

Teledoc
Teledoc Dept 3417 PO Box 123417
Dallas, Tx 75312-3417

Texas Legal Escrow
c/o Bill Camp
8445 Freeport Parkway, Suite 150
Irving, TX 75063

USMON
PO Box 9201
Minneapolis, MN 55480

West
320 South R L Thornton Freeway Ste 300
Dallas, Tx 75203

Wolinsky
Joel Wolinsky
Ste A Sugarland Tx 77478

World Global Cap/Cardinal Funding MCA
Remata Bukhman
17 State Street Suite 400
New York, NY 10004

Xynergy Healthcare Capital II
2650 N. Military Trail Suite 420
Boca Raton, FL 33431

# United States Bankruptcy Court
### Eastern District of Texas

In re    **Revolution Neuromonitoring, LLC**            Case No. 
                                  Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Revolution Neuromonitoring, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Revolution Monitoring, LLC**  
**6437 Southpoint**  
**Dallas, TX 75248**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 5, 2018** | **/s/ Eric A. Liepins** |
| Date | **Eric A. Liepins** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Revolution Neuromonitoring, LLC** |
| | **Eric A. Liepins** |
| | **12270 Coit Road** |
| | **Suite 100** |
| | **Dallas, TX 75251** |
| | **972-991-5591 Fax:972-991-5788** |
| | **eric@ealpc.com** |